

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00882-CV

**IN RE TENNESEE GAS PIPELINE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice[2]
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On November 20, 2018, relator filed a petition for writ of mandamus. A majority of the panel believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than December 14, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 28, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-03-17323-CV, styled *Juan Perez, Jr. and Rose Perez v. Tennessee Gas Pipeline Co., Inc.*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.

[2] Justice Martinez votes to deny the petition.